IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BERLAN LYNELL DICEY,** | NO. 2:06-cv-0482 GEB KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| S. PICKENS, et al., | |
| Defendants. | |

Good cause appearing, Defendants are granted a 21-day extension of time to respond to Plaintiff's Complaint. Defendants' response to Plaintiff's complaint shall be due on or before Monday, November 20, 2006.

Dated:  November 3, 2006.

_____
U.S. MAGISTRATE JUDGE

06cv482.o.1103.wpd

1