IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

        Plaintiff,                      No. CIV S-06-0482 GEB KJM P

    vs.

S. PICKENS, et al.,                 <u>ORDER AND</u>

        Defendants.             <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  He challenges defendants Pickens, Hassell, Tutor and Harrison's refusal to honor a doctor's orders to give him a lower bunk.

        On October 23, 2006, plaintiff filed a motion for a temporary restraining order and a preliminary injunction, seeking an order directing Legal Technical Assistant Miller and Librarian J. Flaherty to provide him with blank paper and envelopes so that plaintiff, an indigent prisoner, may litigate this action and <u>Dicey v. Weaver</u>, Civ. No. S-05-1171 FCD KJM P.

        Plaintiff seeks injunctive relief against individuals who are not named as defendants in this action.  This court is unable to issue an order against individuals who are not parties to a suit pending before it.  <u>See</u> <u>Zenith Radio Corp. v. Hazeltine Research, Inc.</u>, 395 U.S. 100, 112 (1969).

1  IT IS HEREBY ORDERED that plaintiff's October 23, 2006 request for a
2  temporary restraining order is denied.
3  IT IS HEREBY RECOMMENDED that plaintiff's October 23, 2006 motion for a
4  preliminary injunction be denied.
5  These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
7  days after being served with these findings and recommendations, plaintiff may file written
8  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
9  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
10  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
11  F.2d 1153 (9th Cir. 1991).
12  DATED:   December 1, 2006.

_____
U.S. MAGISTRATE JUDGE

2
dice0482.tro