IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

        Plaintiff,                     No. CIV S-06-0482 GEB KJM P

   vs.

S. PICKENS, et al.,

        Defendants.            ORDER

                                /

        Plaintiff has requested an extension of time to file motions to compel discovery pursuant to the court's order of December 4, 2006 and has supported this order with a showing of good cause.

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

IT IS HEREBY ORDERED that:

1. Plaintiff's March 12, 2007 motion for an extension of time is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file motions to compel discovery.

3. Plaintiff's March 19, 2007 request for the appointment of counsel is denied.

DATED: March 30, 2007.

_____
U.S. MAGISTRATE JUDGE

2/bb
dice0482.36