IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                      No. CIV S-06-0482 GEB KJM P

    vs.

S. PICKENS, et al.,

      Defendants.           ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On June 4, 2007, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous requests were filed on July 10, 2006 and March 19, 2007. All requests were denied. In light of those orders, and given that there has been no material change in the facts underlying the court's prior determinations, IT IS HEREBY ORDERED that plaintiff's June 4, 2007 request for appointment of counsel is denied.

DATED: June 11, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
dice0482.31thr