IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

        Plaintiff,                    No. CIV S-06-0482 GEB KJM P

     vs.

S. PICKENS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Defendants have filed a motion to modify the scheduling order issued December 4, 2006 because of counsel's error in calendaring the date for dispositive motions and because of the additional time given to plaintiff to complete discovery.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The dates set in the December 4, 2006 scheduling order for filing dispositive motions and pretrial statements and for pretrial conference, trial confirmation and trial are hereby vacated;

        2.  Dispositive motions are due no later than August 24, 2007; and

        3.  Additional dates will be set, if necessary, following resolution of the dispositive motions.

DATED:  August 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2/dice0482.vso

1