IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN DICEY,

    Plaintiff,                    2:06-cv-0482-GEB-KJM-P

  vs.

S. PICKENS, et al.,

    Defendants,            STIPULATION FOR REFERRAL TO

                                        MEDIATION AND STAY OF PROCEEDINGS

_____/

        Good cause appearing, the parties' Stipulation for Referral to Mediation and Stay of Proceedings is approved. Now, therefore,

        IT IS ORDERED that this matter is referred for mediation to Magistrate Judge Kellison and this case is stayed pending the outcome of mediation.

Dated: January 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1