1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BERLAN LYNELL DICEY,

11          Plaintiff,                    No. CIV S-06-482 GEB KJM P

12      vs.

13   S. PICKENS, et al.,

14          Defendants.            ORDER

15   _____/

16          Plaintiff is a state prison inmate proceeding pro se with a civil rights action under

17   42 U.S.C. § 1983.  He has filed two requests for additional time to conduct discovery, although

18   discovery closed in 2007.   He alleges that because he is a layman and was given bad advice by

19   jail house lawyers, he did not fully understand the discovery process nor the deadlines involved.

20   Although he says he will not ask for discovery which will prove oppressive, he has not suggested

21   what materials he would seeks.  He has not demonstrated good cause for reopening discovery.

22          The court sets the following schedule.  Plaintiff has filed his pretrial statement; if

23   he wishes to file an updated pretrial statement, it is due no later than October 2, 2009.

24   Defendants' pretrial statement is due by October 16, 2009.  Pretrial conference on the papers

25   only will be held on October 20, 2009.

26   /////

1

1    The case is set for trial before the Honorable Garland E. Burrell, Jr., on March 30,

2    2010 at 9:00 a.m. in Courtroom Ten.  Trial confirmation by videoconference will be held on

3    February 26, 2010 at 1:30 p.m. in Courtroom Ten.

4    IT IS THEREFORE ORDERED that:

5    1.  Plaintiff's requests to reopen discovery (docket nos. 44 & 45) are denied; and

6    2.  The schedule is set as outlined in the body of this order.

7    DATED: September 21, 2009.

8    _____
     U.S. MAGISTRATE JUDGE

9

10

11   2
     dice0482.ord

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26