IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                    No. CIV S-06-0482 KJM P

    vs.

S. PICKENS, et al.,

      Defendants.           ORDER

                                /

          Plaintiff has requested an extension of time to file a motion to reconsider this court's order of September 21, 2009. In addition, on October 8, 2009, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on July 10, 2009, March 19, 2007 and June 4, 2007. All requests were denied. In light of those orders, plaintiff's current request is denied.

          IT IS HEREBY ORDERED that:

          1. Plaintiff's October 13, 2009 for an extension of time (Docket No. 48) is granted;

          2. Plaintiff is granted thirty days from the date of this order in which to file and serve a notice of appeal; and

/////

1   3.  Plaintiff's October 8, 2009 request for appointment of counsel (Docket No. 47)
2 is denied.
3 DATED: October 20, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
dice0482.36