IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                    No. CIV S-06-482 GEB KJM P

    vs.

S. PICKENS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        In their pretrial statement, defendants stated they would consent to the jurisdiction of the magistrate judge; plaintiff has already so consented.

        IT IS THEREFORE ORDERED that defendants file their completed consent to the magistrate judge's jurisdiction within twenty days of the date of this order.

DATED: November 18, 2009.

_____
U.S. MAGISTRATE JUDGE

2
dice0482.consent

1