IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

        Plaintiff,

    v.

S. PICKENS, correctional officer,
K. HASSELL, correctional officer,
R. TUTOR, correctional officer, G.
HARRISON, correctional officer,
correctional officer, JOHN DOE
1-20, correctional sergeant, JOHN
DOE 1-10, correctional lieutenant,
JOHN DOE 1-10, correctional medical
technical assistance, JOHN DOE
1-10,

        Defendants.

2:06-cv-0482-GEB-KJM

<u>ORDER REASSIGNING CASE TO
MAGISTRATE JUDGE KIMBERLY J.
MUELLER</u>

        On November 30, 2009 the parties lodged individual consents to refer this action to the United States Magistrate Judge for all purposes. <u>See</u> 28 U.S.C. § 636(c). Local Rule 305(b) prescribes "[n]otwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral."

        If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed, and any matter scheduled before Judge Garland E. Burrell, Jr. is vacated.

Dated:  December 8, 2009

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

## ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:06-cv-0482-KJM.

IT IS SO ORDERED.

DATED: December 9, 2009.

_____
U.S. MAGISTRATE JUDGE