IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                        No. CIV S-06-0482 KJM P

    vs.

S. PICKENS, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prison inmate proceeding pro se, and has consented to magistrate judge jurisdiction. In accordance with defendants' request, the court will set a date for settlement conference. Plaintiff is to appear by video conference from his current place of detention.

        Accordingly, IT IS HEREBY ORDERED THAT:

        1. This case is set for settlement conference before Magistrate Judge Dale A. Drozd on November 10, 2010, at 10:00 a.m., at the U.S. District Court, 501 I Street, Sacramento, in Courtroom # 27.

        2. The parties shall appear with full settlement authority.

/////

/////

1

3.  The parties are directed to submit confidential settlement conference statements to the chambers of Magistrate Judge Drozd seven (7) days prior to the settlement conference.

DATED: October 26, 2010.

U.S. MAGISTRATE JUDGE

dice0482.set