# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

       Plaintiff,                No. CIV S-06-0482 KJM P

  vs.

S. PICKENS, et al.,

       Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
_____/        **AD TESTIFICANDUM**

       Berlan Lynell Dicey, inmate # P-14277, a necessary and material witness for trial in this case settlement proceedings in this case on November 29, 2010, is confined in High Desert State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, 8th Floor, Courtroom 26, United States Courthouse, 501 I Street, Sacramento, California on Monday, November 29, 2010, at 10:00 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to appear in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, High Desert State Prison, 475-750 Rice Canyon Road, PO Box 750, Susanville, California 96127-0750:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  November 10, 2010.

                                                    _____
                                                    U.S. MAGISTRATE JUDGE

2
dice0482.841