IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                    No. CIV S-06-0482 KJM P

   vs.

S. PICKENS, et al.,

      Defendants.            <u>ORDER</u>

        In the pretrial order issued October 22, 2010, the court identified one of defendants' proposed exhibits as an Abstract of Judgment for plaintiff dated October 16, 1988. Defendants have objected, noting that the correct date on the proposed exhibit is October 16, 1998. The date correction is accepted; this acceptance does not constitute a ruling on the admissibility of the exhibit.

        Plaintiff has asked for two blank subpoenas and/or writs of habeas corpus ad testificandum so he can subpoena Inmate Craver as a witness at trial. In a separate filing, the court has issued a writ of habeas corpus ad testificandum for Inmate Craver's presence at trial.

        IT IS HEREBY ORDERED that:

        1. Defendants' objection to the pretrial order is sustained. Their proposed exhibit A is an Abstract of Judgment dated October 16, 1998.

1

   2.  Plaintiff's motion for blank subpoena/writ forms (docket no. 70) is denied.

DATED:  November 17, 2010.

_____
U.S. MAGISTRATE JUDGE

2

dice0482.ord

2