IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                    No. CIV S-06-0482 KJM P

   vs.

S. PICKENS, et al.,

      Defendants.      <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that appointment of counsel to represent plaintiff during the upcoming trial is warranted. The court's pro bono panel coordinator has identified James E. Houpt, Jinnifer D. Pitcher and Cameron L. Desmond to represent plaintiff.

    Accordingly, IT IS HEREBY ORDERED that:

      1. This matter is set to proceed for a three day trial commencing November 29, 2010 at 10:00 a.m. before the undersigned in Courtroom #26. Appointed counsel shall file proposed jury instructions and motions in limine as soon as practicable.

      2. Appointed counsel shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

/////

3. Appointed counsel shall respond to defendants' motion to present certain witnesses' testimony by videoconference (docket no. 75) no later than 4 p.m. on Tuesday, November 23, 2010.

4. The Clerk of the Court is directed to serve a copy of this order upon James E. Houpt, Jinnifer D. Pitcher and Cameron L. Desmond, Orrick, Herrington & Sutcliffe LLP, 400 Capitol Mall, Suite 3000, Sacramento, California 95814, with courtesy copies via e-mail to jhoupt@orrick.com and jpitcher@orrick.com.

DATED: November 19, 2010.

_____
U.S. MAGISTRATE JUDGE

sp
dice0482.31