**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MAR -7 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ 
DEPUTY CLERK

| BERLAN LYNELL DICEY, | |
|---|---|
| Plaintiff(s) | No. 2:06-cv-00482-KJM (Temp) (PC) |
| vs. | REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT |
| S. PICKENS, et al., | |
| Defendants. | |

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Cameron L. Desmond, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on November 19, 2010, by the Honorable Kimberly J. Mueller, United States District Judge/Magistrate.
I believe that the following course of action is reasonably necessary to the prosecution of this action:

Court messenger charges ($37.50)
Service of subpoena on witness Dr. Vincent Cox ($330.00)

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $400.00 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.


ORIGINAL

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:06-cv-00482-KJM

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9 day of December, 20 10, at Sacramento, California.

Cameron L. Desmond, Orrick Herrington & Sutcliffe
*[signature]*
Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number _____.

Dated: 3/7/2011

*[signature]*
United States District Judge/Magistrate