KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
SAMANTHA H. RAMSEY, State Bar No. 230862
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5165
 Fax: (916) 324-5205
 E-mail: Samantha.Ramsey@doj.ca.gov
*Attorneys for Defendants*
*Hassell, Harrison, Pickens, and Tuter*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BERLAN LYNELL DICEY,** | 2:06-cv-0482-KJN |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR A NEW TRIAL** |
| v. | |
| **S. PICKENS, et al.,** | |
| Defendants. | |

**PLAINTIFF AND DEFENDANTS ENTER IN THIS FOLLOWING STIPULATION:**

The parties stipulate to continue the hearing on Plaintiff's motion for a new trial, currently set for March 17, 2011, at 10:00 a.m. in Department 25, to Thursday, April 7, 2011, at 10:00 a.m in Department 25.

/ / /

/ / /

/ / /

1

The stipulation is based on defense counsel's unavailability due to jury duty service. Defense counsel is currently serving as a juror and is unable to attend the hearing on March 17, 2011.

DATE: _March 16, 2011_    **ORRICK, HERRINGTON& SUTCLIFFE, LLP**

BY: */s/ Cameron Desmond*
_____
CAMERON DESMOND
*Attorney for Plaintiff*

DATE: _March 16, 2011_    **OFFICE OF THE ATTORNEY GENERAL**

BY: */s/ Tracy S. Hendrickson for*
_____
SAMANTHA RAMSEY
Deputy Attorney General
*Attorneys for Hassell, Harrison, Pickens, and Tuter*

**IT IS SO ORDERED.**

DATE: _March 16, 2011_

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE