IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

      Plaintiff,                    No. 06-cv-0482 CKD P

    vs.

S. PICKENS, et al.,

      Defendants.            <u>ORDER</u>

                                /

        Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 in 2006. On December 2, 2010, a jury returned a unanimous verdict for all four defendants. (Doc. No. 114.) The court entered judgment pursuant to the verdict on December 6, 2010. (Doc. No. 117.) On April 18, 2011, the magistrate judge previously assigned to this case denied plaintiff's motion for new trial. (Doc. No. 140.) On May 11, 2011, plaintiff's appeal was processed to the Ninth Circuit Court of Appeal. (Doc. No. 143.)

/////
/////
/////
/////
/////

1  In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court
2 shall close this file.

Dated: August 8, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
dice0482.ord